FILED '05 JUN 22 12:32USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 02-225-KI |
| v. | ) | |
| | ) | ORDER REDUCING |
| DANIEL SAVAGE, | ) | SENTENCE |
| Defendant. | ) | |

THIS MATTER having come before the Court on the government's motion for reduction of sentence pursuant to Rule 35(b). Fed. R. Crim. P., and the Court being fully advised,

IT IS HEREBY ordered that the sentence of imprisonment previously imposed in this case, on July 28, 2003, on both Counts 1 and 2, is reduced from 97 months to 78 months. The sentence remains the same in all other respects.

Dated this 22 day of June, 2005

HONORABLE GARR M. KING
United States District Judge

Presented by:
KARIN J. IMMERGUT
United States Attorney

SCOTT M. KERIN
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing **GOVERNMENT'S PROPOSED ORDER FOR REDUCTION OF SENTENCE** on the party herein by causing to be mailed and faxed at Portland, Oregon, on this 21st day of June, 2005 a full copy thereof, enclosed in an envelope, with postage prepaid, addressed to:

Kenneth R. Perry
Attorney at Law
The Board of Trade Building
310 S.W. Fourth Avenue, Suite 438
Portland, OR 97204

Fax: (503) 248-9846

_____
Nancy LeFore
Legal Assistant

**CERTIFICATE OF SERVICE**